Mann *v.* F. K. Perkins.—In error.

REPLEVIN. Pleas, 1st, that the property of the goods was in *Solomon Perkins;* 2dly, that the defendant was a constable, and as such had taken the property by virtue of an execution issued by a justice of the peace, on a judgment against *Solomon Perkins;* and that the goods belonged to *Solomon Perkins.* *Held,* that the second plea might be rejected on the plaintiff's motion; it being the same in substance with the first.

Previously to the entry by a justice of a judgment by confession, the judgment-debtor must take an oath respecting the fairness of the judgment as is prescribed by the statute; and the oath must be filed and entered of record by the justice. *Vide Ex parte Knight, Ante,* p. 220, and note.